AO 241
(Rev. 06/13)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| **United States District Court** | District: Cleveland county |
| Name (under which you were convicted): Sebastian shepherd | Docket or Case No.: cf-2012-1638 |
| Place of Confinement : OK state pen P.O. Box 97 mcalester, OK , 74502 | Prisoner No.: # 649035 |
| Petitioner (include the name under which you were convicted) Sebastian shepherd | Respondent (authorized person having custody of petitioner) v. State of Oklahoma |
| The Attorney General of the State of: Oklahoma | |

**FILED**

APR 1 3 2017

**PETITION**

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Cleveland county District court of Oklahoma

   (b) Criminal docket or case number (if you know): cf-2012-1638

2. (a) Date of the judgment of conviction (if you know): 9-18-14

   (b) Date of sentencing: 11-17-14

3. Length of sentence: life without parole , 15yrs, 15yrs, 20yrs

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: First degree Murder : LWOP, First degree Burglary : 20 years, Kidnapping : 15 years, Kidnapping : 15 years

6. (a) What was your plea? (Check one)

   ☑ (1)  Not guilty        ☐ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty            ☐ (4)  Insanity plea

AO 241
(Rev. 06/13)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury      ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.    Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: court of criminal appeals of the state of oklahoma

(b) Docket or case number (if you know): F-2014-1039

(c) Result: upheld my convictions

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: Grounds 1: Failed to present sufficient evidence. ground 2: trial court abused its discretion By admitting inadmissible evidence. ground 3: prosecutorial misconduct. Ground 4: The trial courts failure to Declare a mistrial. ground 5: Failure of trial Judge to be impartial. Grounds 6: instructional error. Ground 7: ineffective assistance of council. Ground 8: the cumulative effect of all the errors

(g) Did you seek further review by a higher state court?     ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

AO 241
(Rev. 06/13)

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?  ☐ Yes  ☑ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

AO 241
(Rev. 06/13)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 06/13)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: The state failed to present sufficient evidence on all 4 counts which me I am charged with.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The state failed to prove beyond a Reasonably doubt that I committed these crimes Because they have nothing to prove I was in or aroud the Residence in which the crime occured they used the testimony of clarrissa miller who says I admitted to her I had done these crimes But there was No independent evidence to corroborate the Alleged inculpatory admission and there is inconsistencies in her story. Then a big part of the states case was the alleged cell phone calls between co-defendents, But AdA coswell says "we dont know and cont prove of corse By cell phone Records that Stephens was in the area at the time. I continues on

(b) If you did not exhaust your state remedies on Ground One, explain why: (continued on)

Direct appeal is the only state Remedy I know    Attached page #1

AO 241
(Rev. 06/13)

(c)    **Direct Appeal of Ground One:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

        (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☐ Yes    ☑ No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed: _____

_____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

        (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

        (4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

        (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

        (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: _____

_____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

        (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 06/13)                                                                                                    Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: direct appeal

**GROUND TWO:** The trial court abused its Descretion By admitting inadmissable evidence, violating my Rights to Due Process and Fair trial violating my sixth and Fourteenth Amendments to the U.S. constitution,

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Inadmissable Good character evidence of the decedent and His children, prosecuters commented on and elicited testimony about the Alleged good character of the decedent and His children. IN opening, ADA Miller explained that the decedent "got up and went to work to a job that he had had for over 30 years" and that "he met Hawks, and found that she was a little down on her luck she Needed Help, He let her and Her children move into his home" (tr. III 758-759).

(b) If you did not exhaust your state remedies on Ground Two, explain why: direct appeal is the only state Remedy I know.

↳ continues to extension Pg. 5

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☑ Yes        ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

_____

_____   _____

(3) Did you receive a hearing on your motion or petition?                                              ☐ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?                                      ☐ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☐ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____   _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : direct appeal.

_____

_____

**GROUND THREE:** prosecutorial misconduct Deprived me of my Rights to Due process and a fair trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The District attorney appealed to the Jurors emotions, During opening arguements ADA miller Refered to Z.S., who was 14 years old at the time of the incident, as a "little boy", and to B.S., who was 16 years old at the time of the incident, as a "little girl". [Tr.III 757, 764, 766, 768] There was No Reason to Refer to them as little boy and little girl other then to appeal to the Jurors emotions and was plain error.

continues on pg. 9

(b) If you did not exhaust your state remedies on Ground Three, explain why: *direct appeal is*
*the only ~~direct~~ state Remedy I know.*

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Case 5:17-cv-00427-HE   Document 2   Filed 04/13/17   Page 10 of 15

AO 241
(Rev. 06/13)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
       have used to exhaust your state remedies on Ground Three: direct appeal

_____

_____

**GROUND FOUR:** The trial court's failure to declare a mistrial
constitutes an Abuse of discretion.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

IN this case, ADA Caswell questioned Samuel Allen about videos
created by the surveillance equipment affixed to his house, which
is located on a corner lot just North of the decedents home,
(Tr. VI 1799-1800, 1801). ONE of the videos showed footage at 11:00 p.m.
on August 27th, 2013, of a women and two (2) children sitting on
or standing Near the curb at the corner of Allens yard and a Male
exiting a Nearby car to greet them. (States exhibit 230).

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____  continues on
_____  Pg. 13
_____  as extension
_____  extension

(c)    **Direct Appeal of Ground Four:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes      ☐ No

       (2) If you did not raise this issue in your direct appeal, explain why: _____

       _____

       _____

(d)    **Post-Conviction Proceedings:**

       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☐ Yes      ☒ No

       (2) If your answer to Question (d)(1) is "Yes," state:

       Type of motion or petition: _____

AO 241
(Rev. 06/13)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?      ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: Direct appeal is the

only state Remedy that I knew.

_____

_____

_____

_____

_____

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?     ☐ Yes     ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them: _____

_____

_____

_____

(b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?     ☐ Yes     ☐ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

_____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?     ☐ Yes     ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised. _____

_____

_____

_____

_____

_____

AO 241
(Rev. 06/13)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the
       judgment you are challenging:

       (a) At preliminary hearing:    David Smith

       (b) At arraignment and plea:   David Smith

       (c) At trial:    David Smith , Johnny lombardi

       (d) At sentencing:   David Smith

       (e) On appeal:   Raymond Denecke
       P.O. Box 996 , Norman, OK , 73070

       (f) In any post-conviction proceeding:

       (g) On appeal from any ruling against you in a post-conviction proceeding:


17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
       challenging?        ☐  Yes    ☒  No

       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:


       (b) Give the date the other sentence was imposed:

       (c) Give the length of the other sentence:

       (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
       future?        ☐  Yes    ☐  No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
       why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 06/13)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

      (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

      (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Repr. mand for a evidentiary hearing, or a new trial and or sentence modification.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on   4-14-17   (month, date, year).

Executed (signed) on   3-21-17   (date).

*Sebastian Shepherd,*
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____