FILED
MAY 01 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____km_____, DEPUTY

To the court clerk of the western district of oklahoma.

yes I Recieved the order to petitioner to cure Deficiency of the $5 filing fee. I am writing to you to ask if you can give me an extension of time longer than the 8th day of may? The Reason I'm asking is because the day I was suppose to Recieve the order to cure deficiency was on the 20th of April and I was in the process of being ~~transfer~~ Transfered to a new prison. And I did not ~~recieve~~ Recieve ~~the~~ the order to cure deficiency till 27th of april at my new facility. so instead of me having 18 days to cure the deficiency I only have 10 days. I know this is not ya'lls ~~fault~~ fault because it shows that my previous facility Held the order to cure deficiency for 6 days ~~before~~ before they Returned it to ya'll so you could Re-send it to me. As I'm writing this to you I am waiting for the personel of my facility to bring me the proper paper work I need to either get the filing fee to you or to get proof of my income and my current trust fund balance so I can ~~be~~ ~~~~ ~~~~ show you I dont have the money to pay the filing fee.

And these correction facilities are not always in a Rush to help us get things done. So can you give me an extension of time to cure the deficiency? It will surely be appreciated. I plan on having the deficiency fixed as soon as the personel get me the paper work I need. I promise I will get the filing fee paid or get you the information you need to verify that I cant pay it. Please take into consideration what I have said. Thank you for your time.

   Sincerely,

   Sebastian
   Shepherd